**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 07-1332**

———————

ZARA ELLIS SADLER, PHD,

Plaintiff - Appellant,

versus

BARBARA CLAIRE TILLEY, PHD,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of South Carolina, at Charleston.  David C. Norton, District Judge. (2:05-cv-03234-DCN)

———————

Submitted: August 30, 2007          Decided:  September 5, 2007

———————

Before MICHAEL, KING, and SHEDD, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Zara Ellis Sadler, Appellant Pro Se.  Morris Dawes Cooke, Jr., Lucinda Gardner Wichmann, John William Fletcher, Alissa DeCarlo, BARNWELL, WHALEY, PATTERSON & HELMS, LLC, Charleston, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Zara Ellis Sadler seeks to appeal the district court's order denying her motion for appointment of counsel. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Sadler seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We also deny Sadler's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

- 2 -